DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

SOMMERS SCHWARTZ, P.C.
Kevin J. Stoops (*pro hac vice*)
kstoops@sommerspc.com
Charles R. Ash IV (*pro hac vice*)
crash@sommerspc.com
One Towne Square, Suite 1700
Southfield, Michigan 48076
Telephone: (248) 355-0300
Facsimile: (248) 436-8453

*Counsel for Plaintiffs and Proposed Class and Collective Members*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **CARLA PURNELL and TANISHA SLAUGHTER,** individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>**CLEARVIEW CENTERS, LLC; 1334 WESTWOOD, LLC; 2432 WALNUT LLC; 2435 GLYNDON, LLC; QUAINT LLC; and MICHAEL ROY,** jointly and severally,<br><br>Defendants. | Case No.: 2:18-cv-01172-DSF-SS<br><br>Class and Collective Action<br><br>Assigned for All Purposes to:<br>Hon. Dale S. Fischer<br><br>**NOTICE OF UNOPPOSED MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS/ COLLECTIVE ACTION SETTLEMENT, APPROVAL OF CLASS NOTICE, AND SETTING FINAL APPROVAL HEARING**<br><br>[*Filed concurrently with Memorandum of Points and Authorities; Declaration of Kevin Stoops;[Proposed] Order*]<br><br>Hearing: January 14, 2019<br>Time:    1:30 p.m.<br>Dept.:   Courtroom 7D, 1st Street Courthouse, Los Angeles, CA<br><br>Original Complaint: February 12, 2018 |

MOTION FOR PRELIMINARY APPROVAL OF CLASS/COLLECTIVE ACTION SETTLEMENT

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on **January 14, 2019**, at **1:30 p.m.** or as soon thereafter as counsel may be heard, in Courtroom 7D of this Court, located at 350 West 1st Street, Los Angeles, California, before the Honorable Dale S. Fischer, Plaintiffs Carla Purnell and Tanisha Slaughter ("Plaintiffs"), on behalf of themselves and the putative Settlement Class of similarly situated employees of Defendants Clearview Centers, LLC; 1334, LLC; 2432 Walnut, LLC; 2435 Glyndon, LLC; Quaint LLC, and Michael Roy ("Defendants"), will and hereby do move this Court for preliminary approval of the Parties' Stipulation of Settlement ("Settlement" or "Settlement Agreement"), which proposes a fair and reasonable resolution of all of Plaintiffs' class, collective, and representative claims against Defendant in this action.

Plaintiffs respectfully request entry of an order (1) conditionally certifying the class and collective claims for settlement purposes only under the Federal Rules of Civil Procedure, Rule 23 (e.g., "Rule 23"), 29 U.S.C section 201, *et seq.*; (2) preliminarily approving the parties' Settlement; (3) appointing Plaintiffs as the representatives of, and Class Counsel as counsel for, the California Class Members and FLSA Collective Members; (4) approving the form of the parties' proposed Class Notice; and (5) scheduling a hearing on the final approval of the Settlement.

Plaintiffs respectfully submit good cause exists for granting the Motion for the reasons set forth in the concurrently filed documents. Defendants' counsel has reviewed the documents being filed in support of this Motion and does not oppose it, though Defendants have reserved the right to submit a Notice of Non-Opposition, together with any additional points and authorities for the Court's consideration.

The basis for this Motion is that the proposed Settlement is fair, adequate, and reasonable and in the best interests of the Class and Collective members as a whole, and the procedures proposed by the parties are adequate to ensure the opportunity of Class and Collective members to participate in, opt out of, or object to the Settlement.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities and other documents filed herewith, including the Settlement Agreement, the Declarations of Class Counsel and any of their exhibits, the [Proposed] Order granting preliminary approval as addressed above, and the other pleadings and records on file in this action, and the presentations of counsel and such oral or documentary evidence as may be presented at the hearing on this unopposed Motion.

DATED: December 6, 2018

SOMMERS SCHWARTZ, P.C.
By: */s/ Kevin J. Stoops*
Kevin J. Stoops (*pro hac vice*)
Charles R. Ash, IV (*pro hac vice*)

DAVID YEREMIAN & ASSOCIATES, IN
David Yeremian

*Counsel for Plaintiffs and Proposed Class and Collective Members*

## CERTIFICATE OF SERVICE

I certify that on December 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Kevin J. Stoops
Kevin J. Stoops (pro hac vice)