DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

SOMMERS SCHWARTZ, P.C.
Kevin J. Stoops (*pro hac vice*)
kstoops@sommerspc.com
One Towne Square, Suite 1700
Southfield, Michigan 48076
Telephone: (248) 355-0300
Facsimile: (248) 436-8453

*Counsel for Plaintiffs and Proposed Class and Collective Members*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **CARLA PURNELL and TANISHA SLAUGHTER,** individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>**CLEARVIEW CENTERS, LLC, 1334 WESTWOOD, LLC, 2432 WALNUT, LLC, 2435 GLYNDON, LLC, QUAINT LLC, and MICHAEL ROY,** jointly and severally,<br><br>Defendants. | Case No.: 2:18-cv-01172-DSF-SS<br><br>Class and Collective Action<br><br>Assigned for All Purposes to:<br>Hon. Dale S. Fischer<br><br>**NOTICE OF UNOPPOSED MOTION AND MOTION FOR FINAL APPROVAL OF CLASS/COLLECTIVE ACTION SETTLEMENT**<br><br>[*Filed concurrently with Memorandum of Points and Authorities; Declaration of Kevin Stoops;[Proposed] Order*]<br><br>Hearing:  May 13, 2019<br>Time:     1:30 p.m.<br>Dept.:    Courtroom 7D, 1st Street Courthouse, Los Angeles, CA<br><br>Original Complaint: February 12, 2018 |

1  **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE** that, on **May 13, 2019**, at **1:30 p.m.** or as soon
3  thereafter as counsel may be heard, in Courtroom 7D of this Court, located at 350
4  West 1st Street, Los Angeles, California, before the Honorable Dale S. Fischer,
5  Plaintiffs Carla Purnell and Tanisha Slaughter ("Plaintiffs"), on behalf of themselves
6  and the putative Settlement Class of similarly situated employees of Defendants
7  Clearview Centers, LLC; 1334, LLC; 2432 Walnut, LLC; 2435 Glyndon, LLC;
8  Quaint LLC, and Michael Roy ("Defendants"), will and hereby do move this Court
9  for final approval of the Parties' Stipulation of Settlement ("Settlement" or "Settlement
10 Agreement") (ECF No. 49-2), and entry of judgment in accordance with the
11 Settlement; and (2) to grant, pursuant to Federal Rules of Civil Procedure 23(a) and
12 23(b)(3), and section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b), final
13 class certification and collective action designation of the settlement Class certified
14 in the Preliminary Approval Order (ECF No. 59).

15 Plaintiffs respectfully submit good cause exists for granting the Motion for the
16 reasons set forth in the concurrently filed documents. Defendants' counsel has
17 reviewed the documents being filed in support of this Motion and does not oppose it,
18 though Defendants have reserved the right to submit a Notice of Non-Opposition,
19 together with any additional points and authorities for the Court's consideration.

20 The basis for this Motion is that the proposed Settlement is fair, adequate, and
21 reasonable and in the best interests of the Class and Collective members as a whole,
22 and the procedures proposed by the parties are adequate to ensure the opportunity of
23 Class and Collective members to participate in, opt out of, or object to the Settlement.

24 This Motion is based upon this Notice of Motion and Motion, the
25 Memorandum of Points and Authorities and other documents filed herewith,
26 including the Settlement Agreement, the Declarations of Class Counsel and any of
27 their exhibits, the [Proposed] Order granting final approval as addressed above, and
28

1
NOTICE OF UNOPPOSED MOTION AND MOTION FOR
FINAL APPROVAL OF CLASS/COLLECTIVE ACTION SETTLEMENT

the other pleadings and records on file in this action, and the presentations of counsel and such oral or documentary evidence as may be presented at the hearing on this unopposed Motion.

DATED: April 12, 2019

SOMMERS SCHWARTZ, P.C.

By:   /s/ Kevin J. Stoops
      Kevin J. Stoops

DAVID YEREMIAN & ASSOCIATES, INC.

By:   /s/ David Yeremian
      David Yeremian

*Counsel for Plaintiffs and Proposed Class and Collective Members*